# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SIMMONS,<br><br>              Petitioner,<br><br>   v.<br><br>CALVIN JOHNSON, Warden,<br><br>              Respondent. | Case No. CV 16-00276 MWF (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: May 27, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE